■ V. J. Cancemi Associates, Appellant, v Tract II Betterment, Inc., et al., Defendants, and Gross Plumbing & Heating, Inc., Respondent. (Appeal No. 2.)—Order unanimously reversed, with costs, and motion granted, in accordance with the same memorandum as in *Consolidated Fibres v City of Niagara Falls* (72 AD2d 935). (Appeal from order of Erie Supreme Court—bill of particulars.) Present—Cardamone, J. P., Simons, Doerr, Witmer and Moule, JJ.

■ Consolidated Fibres, Inc., Appellant, v City of Niagara Falls et al., Defendants, and Gross Plumbing & Heating, Inc., Respondent. V. J. Cancemi Associates, Appellant, v Tract II Betterment, Inc., et al., Defendants, and Gross Plumbing & Heating, Inc., Respondent. (Appeal No. 3.)—Order unanimously reversed and motion granted, in accordance with the same memorandum as in *Consolidated Fibres v City of Niagara Falls* (72 AD2d 935). (Appeal from order of Erie Supreme Court—resettle orders.) Present—Cardamone, J. P., Simons, Doerr, Witmer and Moule, JJ.